**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **Tesseract Systems LLC,**<br>Plaintiff,<br>*v.*<br>**Five9, Inc.,**<br>Defendant. | **CASE NO. 1:26-CV-00609-JLH**<br>**PATENT CASE**<br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE**

PLEASE TAKE NOTICE that Plaintiff Tesseract Systems LLC pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses **with prejudice** all claims by Plaintiff against Defendant Five9, Inc. Each party shall bear its own costs, expenses, and attorneys' fees. No party has filed an answer or motion for summary judgment in this action.

Date: September 28, 2026

Respectfully submitted,

*/s/ Brian E. Lutness*
Brian E. Lutness, Esq.
DE Bar ID No.: 3572
Silverman, McDonald & Friedman
1523 Concord Pike, Suite 400
Wilmington, DE 19803
302-888-2900
brian@silverman-mcdonald.com

Isaac Rabicoff
Rabicoff Law LLC

(admitted *pro hac vice*)
4311 N Ravenswood Ave Suite 315
Chicago, IL 60613
Tel. (773) 669-4590
issac@rabilaw.com

***Attorneys for Plaintiff***
***Tesseract Systems LLC***

**SO ORDERED**, this 5th day of October, 2026.

______________________________
United States District Judge